IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE CARR, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SYSTEMS, INC., | : | |
| | : | No. 11-2050 |
| Defendant. | : | |

**O R D E R**

AND NOW, this 20th day of December 2011, upon consideration of Defendant NCO Financial Systems, Inc.'s Motion to Dismiss (Docket No. 3), and Plaintiff Anne Carr's Response thereto (Docket No. 6), it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge